AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Northern District of California

| | |
|---|---|
| Santa Fe Public Schools<br><br>*Plaintiff(s)*<br>v.<br>Meta Platforms, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  4:25-cv-04023 -YGR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Meta Platforms, Inc. formerly known as Facebook, Inc.
Service via email to: MetaNoticeofService@cov.com

Please see attachment for Additional Defendants

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Andrew D. Bluth
Singleton Schreiber, LLP
1414 K Street, Suite 470
Sacramento, CA 95814

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date:  08/07/2025



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:25-cv-04023-YGR

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Santa Fe Public Schools

was received by me on *(date)*        08/06/2025                .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   See attached emails showing service on all Defendants on August 6, 2025.


My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date:     08/14/2025                                         /s/ Miranda Johnson
                                                            *Server's signature*

                                              Miranda Johnson, Senior Litigation Paralegal
                                                          *Printed name and title*

                                                    594 Camino de la Reina, Suite 1025
                                                          San Diego, CA 92108

                                                          *Server's address*

Additional information regarding attempted service, etc:

4:25-cv-04023-YGR
## SUMMONS IN A CIVIL ACTION
*Attachment to Form AO 440*

Instagram, LLC
MetaNoticeofService@cov.com

Facebook Payments, Inc.
MetaNoticeofService@cov.com

Siculus, Inc.
MetaNoticeofService@cov.com

Facebook Operations, LLC
MetaNoticeofService@cov.com

Facebook Holdings, LLC
MetaNoticeofService@cov.com

Meta Payments Inc.
MetaNoticeofService@cov.com

Snap, Inc.
SnapNoticeofService@mto.com

TikTok Inc.
TikTokSOP@kslaw.com

Bytedance Ltd
TikTokSOP@kslaw.com

Bytedance Inc.
TikTokSOP@kslaw.com

TikTok Ltd
TikTokSOP@kslaw.com

TikTok LLC
TikTokSOP@kslaw.com

Google, LLC
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

YouTube, LLC
SERVICE-YOUTUBE-INRESOCIALMEDIAM@LIST.WSGR.COM

 **Outlook**

## In Re: MDL No. 3047 – Santa Fe Public Schools v. Meta Platforms, Inc. et al. 4:25-cv-04023

**From** Miranda Johnson <mjohnson@singletonschreiber.com>

**Date** Wed 8/6/2025 7:00 PM

**To** snapnoticeofservice@mto.com <snapnoticeofservice@mto.com>

**Cc** santafepublicschoolsz12149256@singletonschreiber.filevineapp.com
<santafepublicschoolsz12149256@singletonschreiber.filevineapp.com>

📎 3 attachments (2 MB)
2025 Social Media - SFPS - Summons (Filed).pdf; 2025-05-08 Social Media - SFPS - Complaint (Filed).pdf; 2025-05-08 Social Media - SFPS - CCS (Filed).pdf;

Good afternoon:

Attached, please find the filed Complaint, Civil Cover Sheet and Summons for the above-referenced matter, which is hereby being served on Defendant Snap, Inc.



**Miranda Johnson**
Singleton Schreiber | Senior Litigation Paralegal
mjohnson@singletonschreiber.com | (619) 880-8616
591 Camino de la Reina #1025
San Diego, CA 92108

    

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

 Outlook

---

**In Re: MDL No. 3047 – Santa Fe Public Schools v. Meta Platforms, Inc. et al. 4:25-cv-04023**

---

**From** Miranda Johnson <mjohnson@singletonschreiber.com>

**Date** Wed 8/6/2025 7:00 PM

**To** service-youtube-inresocialmediam@list.wsgr.com <service-youtube-inresocialmediam@list.wsgr.com>

**Cc** santafepublicschoolsz12149256@singletonschreiber.filevineapp.com <santafepublicschoolsz12149256@singletonschreiber.filevineapp.com>

📎 3 attachments (2 MB)

2025 Social Media - SFPS - Summons (Filed).pdf; 2025-05-08 Social Media - SFPS - Complaint (Filed).pdf; 2025-05-08 Social Media - SFPS - CCS (Filed).pdf;

Good afternoon:

Attached, please find the filed Complaint, Civil Cover Sheet and Summons for the above-referenced matter, which is hereby being served on the following Defendants:

Google, LLC
YouTube, LLC


**Miranda Johnson**

Singleton Schreiber | Senior Litigation Paralegal
mjohnson@singletonschreiber.com | (619) 880-8616
591 Camino de la Reina #1025
San Diego, CA 92108

    

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

 Outlook

## In Re: MDL No. 3047 – Santa Fe Public Schools v. Meta Platforms, Inc. et al. 4:25-cv-04023

**From** Miranda Johnson <mjohnson@singletonschreiber.com>

**Date** Wed 8/6/2025 7:00 PM

**To** TikTokSOP <tiktoksop@kslaw.com>

**Cc** santafepublicschoolsz12149256@singletonschreiber.filevineapp.com
<santafepublicschoolsz12149256@singletonschreiber.filevineapp.com>

📎 3 attachments (2 MB)

2025 Social Media - SFPS - Summons (Filed).pdf; 2025-05-08 Social Media - SFPS - Complaint (Filed).pdf; 2025-05-08 Social Media - SFPS - CCS (Filed).pdf;

Good afternoon:

Attached, please find the filed Complaint, Civil Cover Sheet and Summons for the above-referenced matter, which is hereby being served on the following Defendants:

TikTok Inc.
Bytedance Ltd.
Bytedance Inc.
TikTok Ltd.
TikTok LLC



**Miranda Johnson**

Singleton Schreiber | Senior Litigation Paralegal
mjohnson@singletonschreiber.com | (619) 880-8616
591 Camino de la Reina #1025
San Diego, CA 92108

    

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.

 Outlook

---

## In Re: MDL No. 3047 – Santa Fe Public Schools v. Meta Platforms, Inc. et al. 4:25-cv-04023

---

**From** Miranda Johnson <mjohnson@singletonschreiber.com>

**Date** Wed 8/6/2025 7:00 PM

**To** MetaNoticeofService <metanoticeofservice@cov.com>

**Cc** santafepublicschoolsz12149256@singletonschreiber.filevineapp.com
<santafepublicschoolsz12149256@singletonschreiber.filevineapp.com>

📎 3 attachments (2 MB)

2025 Social Media - SFPS - Summons (Filed).pdf; 2025-05-08 Social Media - SFPS - Complaint (Filed).pdf; 2025-05-08 Social Media - SFPS - CCS (Filed).pdf;

Good afternoon:

Attached, please find the filed Complaint, Civil Cover Sheet and Summons for the above-referenced matter, which is hereby being served on the following Defendants:

Meta Platforms, Inc. f/k/a Facebook, Inc.
Instagram, LLC
Facebook Payments, Inc.
Siculus, Inc.
Facebook Operations, LLC
Facebook Holdings, LLC
Meta Payments Inc.



## Miranda Johnson

Singleton Schreiber | Senior Litigation Paralegal
mjohnson@singletonschreiber.com | (619) 880-8616
591 Camino de la Reina #1025
San Diego, CA 92108

    

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.